UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-8193-CBM(Ex) | Date | NOVEMBER 22, 2023 |
| Title | Breckenridge Property Fund 2016, LLC v. Elzira M Wilburn et al | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that plaintiff's motion to remand [14] and currently set for hearing on November 28, 2023, is appropriate for decision without oral argument.

Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on November 28, 2023. A written order will issue.

Plaintiff's request [26] for order granting permission for a telephonic appearance is hereby moot.

IT IS SO ORDERED.

cc: all parties

| CV 90 (12/02) | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk YS |
|---|---|---|